The BLACKFEET TRIBE OF the BLACKFEET INDIAN RESERVATION, Plaintiff–Appellant,

v.

Janet JESSUP, Administrator of the Gaming Control Division; Marc Racicot, Governor of the State of Montana; Andy Poole, Deputy Director of the Department of Commerce; Judy Browning, Chief of Staff for Policy and Legal Affairs; and the State of Montana, Defendants–Appellees.

No. 94–35079.

United States Court of Appeals, Ninth Circuit.

June 7, 1996.

N. Jean Bearcrane, Blackfeet Legal Department, Browning, Montana, and Jeanne S. Whiteing, Whiteing & Thompson, Boulder, Colorado, for plaintiff-appellant.

Joseph P. Mazurek, Attorney General, and Deanne L. Sandholm, Assistant Attorney General, Helena, Montana, for defendants-appellees.

Before: BEEZER and FERNANDEZ, Circuit Judges, and ORRICK, Senior District Judge.*

The judgment of this court, 39 F.3d 1186 (Table), is vacated. For the reasons stated by the Supreme Court in *Seminole Tribe of Florida v. Florida*, —— U.S. ——, 116 S.Ct. 1114, 134 L.Ed.2d 252 (1996), we affirm the judgment of the district court.

AFFIRMED.

* The Honorable William H. Orrick, Senior United States District Judge for the Northern District of